162 A.3d 843

**KEENAN, Darius Rodmond, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 67, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 67, Sept. Term, 2015).

Petition for writ of certiorari dismissed

162 A.3d 843

**LAURY, James Alphonso, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 58, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1403, Sept. Term, 2015).

Petition for writ of certiorari denied